**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DALRAY KWANE ANDREWS,           )  NO. ED CV 16-0090-RGK(E)
                                )
            Petitioner,         )
                                )     ORDER ACCEPTING FINDINGS,
       v.                       )
                                )     CONCLUSIONS AND RECOMMENDATIONS
W.L. MONTGOMERY, Warden,        )
                                )     OF UNITED STATES MAGISTRATE JUDGE
                                )
            Respondent.         )
_____)


       Pursuant to 28 U.S.C. section 636, the Court has reviewed the

Petition, all of the records herein and the attached Report and

Recommendation of United States Magistrate Judge.  Further, the Court

has engaged in a _de novo_ review of those portions of the Report and

Recommendation to which any objections have been made.  The Court

accepts and adopts the Magistrate Judge's Report and Recommendation.


       IT IS ORDERED that: (1) Petitioner's "Request for Judicial

Notice, etc." is denied as moot; and (2) Judgment shall be entered

denying and dismissing the Petition with prejudice.

///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2 the Magistrate Judge's Report and Recommendation and the Judgment

3 herein on Petitioner and counsel for Respondent.

4

5     LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7     DATED: October 12, 2016

8

9

10 _____

11           R. GARY KLAUSNER
      UNITED STATES DISTRICT JUDGE