**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALRAY KWANE ANDREWS,<br><br>  Petitioner,<br><br>  v.<br><br>W.L. MONTGOMERY, Warden,<br><br>  Respondent. | NO. ED CV 16-0090-RGK(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 12, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE